UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CRISPIN SUAREZ, individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>-against-<br><br>**EMPIRE ECS LLC, and MATTHEW LIO and DOMINICK LIO, as Individuals**<br><br>**Defendants.** | CIVIL ACTION NO: 21-CV-5139<br><br>NOTICE AND ORDER OF VOLUNTARY DISMISSAL AS WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i) |

IT IS HEREBY NOTICED AND ORDERED that the above-captioned action and all claims asserted by Plaintiff Crispin Suarez be withdrawn, discontinued and dismissed voluntarily, as against all Defendants, **without prejudice** and without costs or attorneys' fees, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Helen F. Dalton & Associates, P.C.
80-02 Kew Gardens Road
Kew Gardens, NY 11415

By: _/s/Roman Avshalumov_
    Roman Avshalumov, Esq.
    Avshalumovr@yahoo.com
    Attorney for Plaintiffs

SO-ORDERED on this  24th of  September , 2021:

*Paul A. Engelmayer*

**The Hon.** Paul A. Engelmayer